NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERTO VALLE,                          )
                                        )
                                        )
            Appellant,                  )
                                        )
v.                                      )      Case No. 2D17-3914
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____)

Opinion filed February 15, 2019.

Appeal from the Circuit Court for
Pinellas County; Anthony Rondolino,
Judge.

Roberto Valle, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.

PER CURIAM.

                Affirmed.

LaROSE, C.J., and MORRIS and ROTHSTEIN-YOUAKIM, JJ., Concur.